1 | SCOTT M. BARBARA, WSBA# 20885
Johnson Christie Andrews & Skinner, P.S.
2 | 200 West Thomas, Suite 500
Seattle, WA 98119
3 | (206) 223-9248
(206) 623-9050 fax
4

THE HONORABLE LONNY R. SUKO

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 3 0 2003

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

5
6
7

8
9
10

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON
## AT SPOKANE

11

12 | GENE CAMARATA,

13 |            Plaintiff,

14 | v.

15 | CITY OF ELLENSBURG, SCOTT
WILLIS, NELSON NG, ANNE
16 | KIRKPATRICK, KITTITAS
COUNTY, GENE DANA, TRACY
17 | WILSON, AARON LANGVIN, JEFF
BEATON, JOHN KRAHENBUHL,
18 | ERIC NYLANDER, JEFF ST. JOHN,
BETH SMITH,
19

20 |            Defendants.

21

22

NO. CY C03-3115 LRS

ANSWER OF THE ELLENSBURG
DEFENDANTS

ANSWER OF THE ELLENSBURG
DEFENDANTS (C03-3115 LRS) - 1

JOHNSON CHRISTIE ANDREWS & SKINNER, P.S.
200 WEST THOMAS, SUITE 500, SEATTLE, WA 98119
PHONE: 206-223-9248/ FAX: 206-623-9050

## ORIGINAL

1    COME NOW Defendants City of Ellensburg, Scott Willis, Nelson Ng and

2    Anne Kirkpatrick ("the Ellensburg Defendants"), by and through counsel, and, by

3    way of answer to plaintiff's Complaint for Damages ("Complaint"), admit, deny and

4

5    allege as follows:

6         1.    Paragraphs 1, 2 and 3 of the Complaint are admitted.

7         2.    Paragraphs 4 and 5 of the Complaint make no allegations for which the

8    answering defendants need answer.  To the extent an answer is required, paragraphs

9    4 and 5 of the Complaint are denied as the answering defendants lack sufficient

10   information to verify the truth and veracity of the matters asserted, putting plaintiff to

11
     his proof.
12

13        3.    Paragraph 6 of the Complaint is admitted.

14        4.    Paragraphs 7 and 8 of the Complaint allege legal conclusions, not

15   factual averments, for which the answering defendants need not answer.  To the

16   extent an answer is required, paragraphs 7 and 8 of the Complaint are denied, putting

17
     plaintiff to his proof.
18

19        5.    Paragraph 9 of the Complaint is denied as the answering defendants

20   lack sufficient information to verify the truth and veracity of the matters asserted

21   therein, putting plaintiff to his proof.

22

ANSWER OF THE ELLENSBURG
DEFENDANTS (C03-3115 LRS) - 2

JOHNSON CHRISTIE ANDREWS & SKINNER, P.S.
200 WEST THOMAS, SUITE 500, SEATTLE, WA 98119
PHONE: 206-223-9248/ FAX: 206-623-9050

6.  In answer to paragraph 10 of the Complaint, the answering defendants admitted that on June 3, 2000, Ellensburg Police Officers Scott Willis and Nelson Ng were dispatched to the area of 8th Avenue near Alder in Ellensburg, WA, to respond to an harassment complaint; that as the officers traveled eastbound on 8th Avenue, plaintiff was walking westbound down the middle of 8th Avenue; that based upon the observations of the officers and their interviews of eyewitnesses, the officers arrested plaintiff for disorderly conduct, handcuffed him, and transported him to the Kittitas County Jail where he was booked; that plaintiff was charged, tried and convicted of disorderly conduct; and that plaintiff's appeal of his conviction for disorderly conduct was denied.  Except to the extent specifically admitted herein, paragraph 10 of the Complaint is denied.

7.  Paragraphs 11, 12, 13, 14 and 15 of the Complaint are denied.

8.  Paragraph 16 of the Complaint alleges a legal conclusion, not factual averments, for which the answering defendants need not answer.  To the extent any further answer is required, paragraph 16 of the Complaint is denied, putting plaintiff to his proof.

9.  Paragraphs 17, 18 and 19 of the Complaint are denied.

10.  Paragraphs 20, 21 and 22 of the Complaint are denied.

ANSWER OF THE ELLENSBURG
DEFENDANTS (C03-3115 LRS) - 3

JOHNSON CHRISTIE ANDREWS & SKINNER, P.S.
200 WEST THOMAS, SUITE 500, SEATTLE, WA 98119
PHONE: 206-223-9248/ FAX: 206-623-9050

WHEREFORE, having fully answered the allegations of the Complaint, and by way of further answer, the Ellensburg Defendants allege the following affirmative defenses:

### FIRST AFFIRMATIVE DEFENSE

Plaintiff has not effected service of process on Defendants Willis, Ng or Kirkpatrick thereby denying the Court jurisdiction over the persons of these defendants.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff has not effected sufficient process on Defendants City of Ellensburg, Willis, Ng or Kirkpatrick.

### THIRD AFFIRMATIVE DEFENSE

Plaintiff has not effected sufficient service of process on Defendants Willis, Ng or Kirkpatrick.

### FOURTH AFFIRMATIVE DEFENSE

One or more of plaintiff's allegations fail to state a claim upon which relief may be granted by this Court.

ANSWER OF THE ELLENSBURG
DEFENDANTS (C03-3115 LRS) - 4

JOHNSON CHRISTIE ANDREWS & SKINNER, P.S.
200 WEST THOMAS, SUITE 500, SEATTLE, WA 98119
PHONE: 206-223-9248/ FAX: 206-623-9050

## FIFTH AFFIRMATIVE DEFENSE

Plaintiff's own acts and/or omissions proximately caused or contributed to the injuries alleged herein and his recovery, if any, must be proportionately reduced.

## SIXTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the doctrines of collateral estoppel and/or *res judicata*.

## SEVENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the illegality of his own actions.

## EIGHTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the statute of limitations.

## NINTH AFFIRMATIVE DEFENSE

Plaintiff's conviction of disorderly conduct conclusively establishes the existence of probable cause.

## TENTH AFFIRAMTIVE DEFENSE

Plaintiff was arrested on probable cause.

## ELEVENTH AFFIRMATIVE DEFENSE

The acts of Defendants Willis, Ng and Kirkpatrick were reasonable and lawful such that they enjoy the privilege of qualified immunity under state and federal law.

ANSWER OF THE ELLENSBURG
DEFENDANTS (C03-3115 LRS) - 5

JOHNSON CHRISTIE ANDREWS & SKINNER, P.S.
200 WEST THOMAS, SUITE 500, SEATTLE, WA 98119
PHONE: 206-223-9248/ FAX: 206-623-9050

## TWELFTH AFFIRMATIVE DEFENSE

Plaintiff cannot establish municipal liability under *Monell* and its progeny.

## THIRTEENTH AFFIRMATIVE DEFENSE

Respondeat superior liability will not lie under 42 U.S.C. §1983.

## FOURTEENTH AFFIRMATIVE DEFENSE

Plaintiff cannot establish any entitlement to punitive damages, and, moreover, Defendant City of Ellensburg cannot be held liable for punitive damages.

## FIFTEENTH AFFIRMATIVE DEFENSE

Plaintiff cannot establish a conspiracy to deprive him of equal protection under the law.

## SIXTEENTH AFFIRMATIVE DEFENSE

The State of Washington has no statutory equivalent to 42 U.S.C. §1983 allowing recovery in tort for violation of rights guaranteed under the Washington Constitution.

## SEVENTEENTH AFFIRMATIVE DEFENSE

Neither negligence nor violations of the Washington Constitution will support claims under 42 U.S.C. §1983.

ANSWER OF THE ELLENSBURG
DEFENDANTS (C03-3115 LRS) - 6

JOHNSON CHRISTIE ANDREWS & SKINNER, P.S.
200 WEST THOMAS, SUITE 500, SEATTLE, WA 98119
PHONE: 206-223-9248/ FAX: 206-623-9050

1

## EIGHTEENTH AFFIRMATIVE DEFENSE

2

3

To the extent plaintiff has sued Defendants Willis, Ng and Kirkpatrick in their

official capacities, his allegations are cumulative of his claims against Defendant City

4

of Ellensburg under 42 U.S.C. §1983.

5

6

## NINETEENTH AFFIRMATIVE DEFENSE

7

Plaintiff, who is appearing *pro se*, is not entitled to reasonable attorneys' fees

8

under state or federal law.

9

## TWENTIETH AFFIRMATIVE DEFENSE

10

Plaintiff's allegations against the Ellensburg Defendants are frivolous for

11

purposes of RCW 4. 84.185 such that plaintiff is liable for the reasonable attorneys'

12

13

fees and costs incurred in defending this action.

14

## TWENTY-FIRST AFFIRMATIVE DEFENSE

15

Plaintiff's allegations against the Ellensburg Defendants are frivolous for

16

purposes of 42 U.S.C. §1988 such that plaintiff is liable for the reasonable attorneys'

17

fees and costs incurred in defending this action.

18

19

## TWENTY-SECOND AFFIRMATIVE DEFENSE

20

Plaintiff's allegations against Defendants Willis, Ng and Kirkpatrick constitute

21

malicious prosecution of a civil action pursuant to RCW 4.24.350 and subject him to

22

ANSWER OF THE ELLENSBURG
DEFENDANTS (C03-3115 LRS) - 7

JOHNSON CHRISTIE ANDREWS & SKINNER, P.S.
200 WEST THOMAS, SUITE 500, SEATTLE, WA 98119
PHONE: 206-223-9248/ FAX: 206-623-9050

1 liability for reasonable attorneys' fees and costs and damages, including liquidated

2 damages.

3

## TWENTY-THIRD AFFIRMATIVE DEFENSE

4

5 Plaintiff did not comply with the claims filing provisions of RCW 4.96.

6 NOW, THEREFORE, having fully answered the allegations of the Complaint

7 and having alleged affirmative defenses, the Ellensburg Defendants pray for the

8 following relief:

9 1.     That plaintiff's Complaint be dismissed, in its entirety as against the

10 Ellensburg Defendants, and that plaintiff takes nothing thereby;

11

12 2.     That the Ellensburg defendants be awarded statutory attorneys' fees and

13 costs as the Court deems reasonable;

14 3.     That Defendants Willis, Ng and Kirkpatrick be awarded their

15 reasonable attorneys' fees and damages as proven at trial; and

16 4.     For such other and further relief as the Court deems just and equitable.

17 ////

18 ////

19

20 ////

21 ////

22

ANSWER OF THE ELLENSBURG
DEFENDANTS (C03-3115 LRS) - 8

JOHNSON CHRISTIE ANDREWS & SKINNER, P.S.
200 WEST THOMAS, SUITE 500, SEATTLE, WA 98119
PHONE: 206-223-9248/ FAX: 206-623-9050

1     DATED this 27th day of September, 2003.

2                    JOHNSON CHRISTIE ANDREWS & SKINNER, P.S.

3

4                    By _____

5                        SCOTT M. BARBARA, WSBA# 20885
                         Attorneys for Defendants City of Ellensburg, Scott
6                        Willis, Nelson Ng and Anne Kirkpatrick

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

ANSWER OF THE ELLENSBURG
DEFENDANTS (C03-3115 LRS) - 9

JOHNSON CHRISTIE ANDREWS & SKINNER, P.S.
200 WEST THOMAS, SUITE 500, SEATTLE, WA 98119
PHONE: 206-223-9248/ FAX: 206-623-9050